THE PEOPLE OF THE STATE OF NEW YORK, by FRANK C. MOORE, Comptroller, Appellant, *v.* LAWRENCE TENHUISEN et al., Respondents, et al., Defendants.

Argued October 1, 1946; decided October 17, 1946.

Nathaniel L. Goldstein, Attorney-General (Arthur W. Mattson, Wendell P. Brown, Douglas S. Rider, Edward W. Bock, Royal D. Woolsey and Joseph A. Drago of counsel), for appellant.

Clarence G. Pickard and Murle L. Rowe for Ivan B. Klomp and others, respondents.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.